UNITED STATES of America v. E. L. WALK-ER, Adm'r of Estate of Ossie T. Walker, Deceased, E. L. Walker, and O. S. Walker.

No. 6506.

Circuit Court of Appeals, Sixth Circuit.
June 30, 1933.

W. J. Carter, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Docketed and dismissed, pursuant to motion of appellant.

UNITED STATES of America v. Henry WILLIAMS.

No. 6227.

Circuit Court of Appeals, Sixth Circuit.
May 11, 1933.

D. D. Maddox, U. S. Atty., of Memphis, Tenn.

C. L. Neely, of Memphis, Tenn., for appellee.

PER CURIAM.

Judgment of District Court affirmed.

UNITED STATES of America, Appellee, v. Harold E. WITTEMAN, Appellant.

No. 148.

Circuit Court of Appeals, Second Circuit.
Nov. 6, 1933.

Morris E. Packer, of Brooklyn, N. Y., for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., and Maxwell Parnes, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

UNITED STATES of America v. YAZOO & MISSISSIPPI VALLEY RAILROAD COMPANY.

No. 7275.

Circuit Court of Appeals, Fifth Circuit.
Jan. 9, 1934.

J. W. Hopkins, Sp. Asst. to U. S. Atty., of New Orleans, La.

PER CURIAM.

The court, considering the joint motion of United States of America, appellant, and Yazoo & Mississippi Valley Railroad Company, appellee, filed herein, it is ordered that the appeal be docketed forthwith. It is further ordered, adjudged, and decreed that the decree of the District Court of the United States for the Eastern District of Louisiana (4 F. Supp. 366) rendered herein on September 16, 1933, be, and the same is hereby, reversed and set aside, and that this case be remanded for further proceedings. It is further ordered that the mandate of this court shall issue forthwith.